| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| 1. | Debtor's name | **Beaux Equities LLC** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-4282154** |
| 4. | Debtor's address | **Principal place of business**<br><br>**5409 18th Ave**<br>**Brooklyn, NY 11204**<br>Number, Street, City, State & ZIP Code<br><br>**Kings**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **N/A** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Beaux Equities LLC**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **5310**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor **Beaux Equities LLC**     Case number (*if known*)
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **Beaux Equities LLC**                                          Case number (*if known*)
         Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|--|--|--|--|
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Beaux Equities LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January  9, 2025**
                       MM / DD / YYYY

**X /s/ David Goldwasser**                                    **David Goldwasser**
Signature of authorized representative of debtor               Printed name

Title    **Chief Restructuring Officer**

**18. Signature of attorney**

**X /s/ Avrum J. Rosen**                                    Date **January  9, 2025**
Signature of attorney for debtor                              MM / DD / YYYY

**Avrum J. Rosen**
Printed name

**Law Offices of Avrum J. Rosen, PLLC**
Firm name

**38 New St**
**Huntington, NY 11743-3327**
Number, Street, City, State & ZIP Code

Contact phone   **631-423-8527**         Email address   **arosen@ajrlawny.com**

Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Beaux Equities LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **5405-5411 18 Avenue Trust 57 East 8th Street Lakewood, NJ 08701** | | **Index No. 502954/2022 (Kings County Supreme Court)** | **Contingent Unliquidated Disputed** | **$2,207,288.89** | **Unknown** | **Unknown** |
| **Amtrust North America Leviton Law Firm Ltd 1 Pierce Place Suite 725 Itasca, IL 60143** | | **Vendor** | | | | **$1,849.00** |
| **Con Edison Att Law Department 4 Irving Place RM 1875 New York, NY 10003** | | **Utilities** | **Contingent** | | | **$5,563.91** |
| **Moishe Katz 1167 41st Street #2 Brooklyn, NY 11218** | | **Index No. 521655-17 (Kings County)** | **Contingent Unliquidated Disputed** | | | **$400,200.00** |
| **National Grid P.O. Box 371416 Pittsburgh, PA 15250** | | **Utilities** | **Contingent** | | | **$10,247.68** |
| **NYC Department of Finance 66 John Street, Room 104 New York, NY 10038** | | **Taxes** | **Contingent Unliquidated Disputed** | | | **$234,693.63** |
| **NYC Water Board 59-17 Junction Blvd Elmhurst, NY 11373** | | **Utilities** | **Contingent** | | | **$39,136.96** |

Debtor **Beaux Equities LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Powercap Partners LLC**<br>**184 S Linvinston Ave**<br>**Livingston, NJ 07039** | | **Index Nos. 524411/2017 (Kings County Supreme Court) and 2021-09612 (Appellate Division 2nd Dept)** | **Contingent Unliquidated Disputed** | | | **$0.00** |

**United States Bankruptcy Court**
**Eastern District of New York**

In re  **Beaux Equities LLC**                                              Case No.
                                    Debtor(s)                              Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:  **January 9, 2025**            **/s/ David Goldwasser**
                                      **David Goldwasser**/**Chief Restructuring Officer**
                                      Signer/Title

Date:  **January 9, 2025**            **/s/ Avrum J. Rosen**
                                      Signature of Attorney
                                      **Avrum J. Rosen**
                                      **Law Offices of Avrum J. Rosen, PLLC**
                                      **38 New St**
                                      **Huntington, NY 11743-3327**
                                      **631-423-8527   Fax: 631-423-4536**

18th Ave Pharmacy
5411 18th Ave
Brooklyn, NY 11204


5405-5411 18 Avenue Trust
57 East 8th Street
Lakewood, NJ 08701


Amtrust North America
Leviton Law Firm Ltd
1 Pierce Place
Suite 725
Itasca, IL 60143


Con Edison
Att Law Department
4 Irving Place RM 1875
New York, NY 10003


Env Control Brd NYC
66 John St #10
New York, NY 10038


Koss & Schonfeld LLP
160 Broadway
8th Floor
New York, NY 10038


Moishe Katz
1167 41st Street #2
Brooklyn, NY 11218


National Grid
P.O. Box 371416
Pittsburgh, PA 15250


NYC Department of Finance
66 John Street, Room 104
New York, NY 10038


NYC Water Board
59-17 Junction Blvd
Elmhurst, NY 11373

```
Powercap Partners LLC
184 S Linvinston Avenue
#132
Harrison, NJ 07029


Raphael Grossman
1430 Broadway
Suite 1509
New York, NY 10018


Sills Cummis & Gross P.C.
101 Park Avenue
28th Floor
New York, NY 10178


Table Settings Inc
5405 18th Ave
Brooklyn, NY 11204


The Light House
5409 18th Ave
Brooklyn, NY 11204


Todd A Zuckerbrod P.A.
61-43 185th Street
Suite 534
Fresh Meadows, NY 11365


Yaakov Pollack
3346 Bedford Ave
Brooklyn, NY 11210


Yaakov Pollak
3346 Bedford Ave
Brooklyn, NY 11210


YGM Group LLC
5409 18th Avenue
Brooklyn, NY 11204
```

# United States Bankruptcy Court
## Eastern District of New York

In re  **Beaux Equities LLC**  
                        Debtor(s)

Case No.  
Chapter  **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Beaux Equities LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January  9, 2025**  
Date

**/s/ Avrum J. Rosen**  
**Avrum J. Rosen**  
Signature of Attorney or Litigant  
Counsel for  **Beaux Equities LLC**  
**Law Offices of Avrum J. Rosen, PLLC**  
**38 New St**  
**Huntington, NY 11743-3327**  
**631-423-8527 Fax:631-423-4536**  
**arosen@ajrlawny.com**