# ACTION BY WRITTEN CONSENT
# OF MEMBER OF
# BEAUX EQUITIES LLC

January 9, 2025

The undersigned constituting the authorized signatory of Beaux Equities LLC, a limited liability company organized under the laws of the State of New York (the "***Company***"), does hereby consent, approve and adopt the following resolutions, with the same force and effect as if duly adopted at a meeting of the members of the Company:

**WHEREAS**, the undersigned has determined that the commencement by the Company of a bankruptcy proceeding under chapter 11 of title 11 of the United States Code by filing a petition in the United States Bankruptcy Court for the Eastern District of New York for the Company (the "***Bankruptcy Proceedings***") is in the best interest of the Company and its stakeholders.

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that the undersigned has determined that it is in the best interest of the Company to commence the Bankruptcy Proceedings;

**RESOLVED FURTHER** that David Goldwasser as Chief Restructuring Officer be, and is, authorized and directed to execute and file on behalf of the Company a voluntary petition including all petitions, schedules, lists, and other papers or documents with the appropriate court under the Bankruptcy Code and to take any and all action that they deem necessary, proper, or advisable to obtain such relief under the Bankruptcy Code, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

**RESOLVED FURTHER** that the Law Offices of Avrum J. Rosen, PLLC be employed as counsel to the Company and retained to act on behalf of the Company to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including, the preparation of pleadings and filings in connection with the Bankruptcy Proceedings, the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Proceedings, and to cause to be filed an appropriate application for authority to retain services of Law Offices of Avrum J. Rosen, PLLC;

**RESOLVED FURTHER**, that is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to take such additional actions, to perform all acts and deed, and to execute, ratify, certify, deliver, file, and record such additional agreements, notices, certificates, instruments, applications, payments, letters and documents as any of them may deem necessary or advisable to implement the provisions of the foregoing resolutions, and to appoint such agents on behalf of the Company as David Goldwasser as Chief Restructuring Officer may deem necessary or advisable in connection with any financing arrangement or the sale of assets, and the transactions contemplated by any of the foregoing, the authority for the taking of such action to be conclusive evidence thereof;

**RESOLVED FURTHER**, that all of the acts and transactions taken by David Goldwasser as Chief Restructuring Officer in the name and on behalf of the Company, relating to matters contemplated by the foregoing resolutions, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified; and

**RESOLVED FURTHER** that this written consent may be executed in any number of counterparts and by facsimile, portable document format, or other reproduction, and such execution shall be considered valid, binding, and effective for all purposes.

**Beaux Equities LLC**

By: _/s/ David Goldwasser_
David Goldwasser as Chief Restructuring Officer
Authorized Signatory