**HEARING DATE AND TIME: March 26, 2025, 10:30 am**

**OBJECTION DEADLINE: March 19, 2025**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------X** **Chapter 11**

**IN RE:** **Case No.: 25-40119-jmm**

**BEAUX EQUITIES LLC,**

**DEBTOR.**

**-----------------------------------------------------------X**

**NOTICE OF HEARING ON:**
**DISMISSAL OF PETITION AND RELIEF FROM AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that a hearing shall be held on March 26, 2025 at 10:30 am on the motion filed by secured creditor 5405-5411 18th Avenue Trust and creditor Sborivger Trust by and thought their attorney Lawrence Kulak, Esq. seeking an Order.

(i) Pursuant to 11 U.S.C. §109(d) & §101(9)(A)(v), and Rule 1017 of the Federal Rules of Bankruptcy Procedure, dismissing Debtor's petition on the grounds that the petition was filed in bad faith, or alternatively (ii) for an order pursuant to 362(d)(1) & (2) of the Bankruptcy Code lifting the automatic stay so that the 5409-5411 18th Avenue Trust, as secured creditor, can proceed with a foreclosure sale order by the New York State Supreme Court in a Judgment of Foreclosure and Sale entered against the Debtor on the grounds that (a) the real property which is the subject of the Judgment of Foreclosure and Sale is not property of the estate and that the 5409-5411 18th Avenue Trust is not

adequately protected; and (iii) for such relief as to the Court is just and proper.

The hearing shall be held before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, in Courtroom 3529 at the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201-1800.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be in writing and filed with the Bankruptcy Court by March 19, 2025 (the "Objection Deadline") through the Court's electronic filing system. Instructions for electronically filing an objection can be found at www.nyeb.uscourts.gov. A copy of the objection must also be served, so as to be received by the Objection Deadline, on the Movants' attorney and all other interested parties.

**PLEASE TAKE FURTHER NOTICE**, that you may appear at the hearing in person, by phone or by videoconference. Those intending to appear at the hearing must register with eCourt Appearances no later than two days prior to the hearing. The phone number or video link for the hearing will be emailed only to those that register with eCourt Appearances in advance of the hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844 or JMM_Hearings@nyeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion may be adjourned without notice other than an announcement at the hearing.

Dated**:** March 3, 2025

Brooklyn, New York

By: /s/Lawrence R.Kulak

Lawrence R. Kulak
1078 East 15th Street
Brooklyn, New York 11230
kulaklaw39@gmail.com
646-213-0030