UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

Chapter 11

IN RE:

Case No.: 25-40119-jmm

BEAUX EQUITIES LLC,

**AFFIRMATION**

DEBTOR.

----------------------------------------------------------X

STATE OF NEW YORK )
ss:
COUNTY OF NEW YORK)

JUDITH GROSSMAN, under penalty of perjury, affirms as follows:

1. I am the successor Trustee of the Shorivger Trust, a Creditor herein and am fully familiar with the facts set forth herein on the basis of my personal knowledge. I submit this affirmation in support of the joint motion of the 5405-5411 18th Avenue Trust and the Shorivger Trust ("Movants" or "Creditors") for an order (1) dismissing the instant proceeding due to its filing being in bad faith or (2) in the alternative lifting the automatic stay so that a Judgment of Foreclosure and Sale and Order Confirming the Referee Report dated July 20, 2023, and entered In New York State Supreme Court's Clerk Office on September 5, 2023, under Index No. 502954/2022 can proceed to foreclosure sale due to the foreclosed real property not being property belonging to the estate, and that the trial can proceed in Kings County New York State Supreme Court in the matter of Powercap Partners LLC, v. the Debtor, Yaakov Pollak, Moshe Pollak, Shorivger Trust and Raphael Grossman as Trustee of the Shorivger Trust, assigned Index No. 524411/2017 or (3) in the alternative lifting the automatic stay for cause because the Movant will suffer irreparable harm by continuation of the stay and (4) for such other relief as to the Court deems just and proper

2. On December 19, 2017, Powercap Partners LLC commenced a lawsuit in New York Supreme Court Kings County against the Debtor, Yaakov Pollak, Shorivger Trust, Raphael Grossman as Trustee of Shorivger Trust and Moshe Pollak. Attached hereto as Exhibit A is a copy of the summons and complaint. The Plaintiff's claims sought the recovery of $1,015,000 loaned to the Debtor, Yaakov Pollak and Moshe Pollak as well as the extinguishing of the deed executed by the Debtor and delivered to Shorivger Trust conveying all the Debtor's right, title and interest in the adjoining parcels of real estate located at 5405, 5409 and 5411 18th Avenue Brooklyn, New York ("the parcels") from the Debtor to Shorivger Trust. The conveyance of the parcels from the Debtor to Shorivger Trust occurred by deed executed and delivered by the Debtor to Shorivger Trust on March 29, 2016. Attached hereto as Exhibit B is the Deed and ACRIS recording documents conveying the parcels from the Debtor to Shorivger Trust. Despite having previously conveyed the parcels on March 29, 2016, without the knowledge or consent of Shorivger Trust, on November 15, 2017, the Debtor gave a deed in lieu of foreclosure regarding the parcels as collateral for the above-mentioned loan. Attached hereto as Exhibit C is the deed in lieu of foreclosure.

3. Shorivger Trust filed crossclaims against the Debtor and Yaakov Pollak seeking a declaratory judgment that Shorivger Trust is the owner of the parcels, declaring the deed in lieu of foreclosure to be null and void and a declaration of restrictions also executed as collateral for the Powercap loan be declared null and void. The Debtor and Yaakov Pollak filed crossclaims against Shorivger Trust seeking a declaratory judgment declaring the deed conveying the parcels from the Debtor to Shorivger Trust be declared null and void and awarding the Debtor possession of the premises.

4. The litigation has been very lengthy and complex. 696 documents have been filed on the litigation's NYSCEF electronic docket sheet. The depositions of 5 witnesses have taken place each deposition lasting more than 1 day. 16 motions have been made and decided. As a result of the litigation the trial court dismissed the Plaintiff's claims and the claims against Moshe Pollak. The remaining claims, to wit: the crossclaims by and against Shorivger Trust and the Debtor and Yaakov Pollak were scheduled to begin trial on January 9, 2025. That morning after the 16th motion was denied by the trial court and the trial was to begin, the Debtor filed the instant bankruptcy petition.

5. The deed conveying the parcels to Shorivger Trust was executed and delivered on March 29, 2016 (Exhibit B). It was not recorded with the Kings County Clerk until November 29, 2017 (Exhibit B). That was because of a request made by Yaakov Pollak, the Debtor's sole member who asked that the deed not be recorded until December 31, 2016, and that notice be given prior to the recording. Yaakov Pollak agreed that he would not cause any additional mortgages to be recorded against the parcels.[1] Yaakov Pollak also represented that he had the Pollak family's permission to proceed. Attached hereto as Exhibit D is a memorandum signed by Yaakov Pollak agreeing not to cause any additional mortgages and stating his family's permission. Attached hereto as Exhibit E is a memorandum signed by my husband Israel Grossman agreeing not record the deed until December 31, 2016. The deed was not recorded on December 31, 2016, or shortly thereafter at the request of Yaakov Pollak. It was recorded after the giving of notice when Shorivger Trust became aware of the above-mentioned deed in lieu of foreclosure.

---

[1] It must be noted that Yaakov Pollak's brother Moshe Pollak is my sister's son in law resulting in a great deal of trust be given to the promises and representations made by Pollak.

6. Despite Yaakov Pollak's assurance that he would not cause any additional mortgages to be taken against the parcels. on October 16, 2016, the Debtor Defendant Beaux Equities LLC gave a mortgage to David Gutman securing a loan in the amount of $495,000.00. That mortgage was recorded in October 2016. Attached hereto as Exhibit F is a copy of the Gutman mortgage.

7. On March 22, 2017, the Debtor gave a mortgage note in the principal amount of $2,400,000.00 to Kearney Bank secured by a mortgage against the parcels also given by the Debtor. The note and mortgage were guaranteed by Yaakov Pollak By assignment dated March 22, 2017, David Gutman assigned all of his right, title and interest in the October 16, 2016, mortgage to Kearny Bank. The assignment, which was recorded on March 28, 2017, was in consideration of $495,000,000.00.

8. The New York City Lien Enforcement Unit has issued a "Lien Sale 90-Day Warning Notice" dated February 7, 2025, for each of the 3 adjacent parcels. For 5405 18th Avenue the amount due is $91,078.45. Attached hereto as Exhibit G is the notice for 5405 18th Avenue. For 5409 18th Avenue the amount due is $101,873.42. Attached hereto as Exhibit H is the notice for 5409 18th Avenue. For 5411 18th Avenue the amount due is $95,736.93. Attached hereto as Exhibit I is the notice for 5411 18th Avenue.

9. It is obvious that the reason for the filing of the instant bankruptcy petition was to delay the trial in Kings County Supreme Court. As such it was done in bad faith and the Debtor should not receive any benefit from the filing of its petition including the benefits of the automatic stay.

10. Denial of this motion will cause Shorivger Trust irreparable harm.

11. No prior request for the relief sought herein has been made.

Judith Grossman

Sworn to before me this 3rd day
of March 2025

Notary Public

SHOSHANA ESTHER MILLER
Notary Public-State of New York
Reg. No. 01MI6249151
Qualified in Kings County
Expiration Date 10/03/26