# EXHIBIT A

Rosen, Tsionis & Pizzo
**A Professional Limited Liability Company**
Attorneys at Law
38 New Street
Huntington, New York 11743
631 423 8527
arosen@ajrlawny.com

AVRUM J. ROSEN
NICO G. PIZZO
ALEX E. TSIONIS+
(+ *also admitted in New Jersey*)

------------

DEBORAH L. DOBBIN
DANIEL J. LEBRUN

November 11,2025

**BY CM/ECF ONLY**
Hon. Jil Mazer-Marino
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, New York 11201-1800

**RE: Debtor: Beaux Equities LLC**
**Case Number: 25-40119**

Dear Judge Mazer-Marino:

This firm is counsel to the Debtor. After the last hearing, when opposing counsel presented the Court with a check from a tenant at the Debtor's alleged property ("Property")that was made payable to a third party, the undrsigned advised that there would be an investigation and the undersigned would report bact to the Court with the results of that investigation,

The report and redacted bank accounts are attached hereto. After the deadline on November 12, 2025, the undersigned will supplement this report.

Thank you.

Very truly yours,

*s/Avrum J. Rosen*

Enc.

FIA
CAPITAL PARTNERS, LLC

November 10, 2025

**BY CM/ECF ONLY**
Hon. Jil Mazer-Marino
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, New York 11201-1800

**RE: Debtor: Beaux Equities LLC**
**Case Number: 25-40119**

I am David Goldwasser, the Chief Restructuring Officer for the Debtor, retained by Order of this Court.

It recently came to our attention that the principal of the Debtor has been collecting rental payments from tenants and depositing them into an account under the name Grey Oak Holdings LLC ("Grey"), rather than into the Debtor's DIP account. Grey is owned by the debtor's principal, Yaakov Pollak, who uses it for several different entities.

Upon learning this, we promptly demanded production of all bank statements and related records for all accounts held in the name of Grey. Following receipt, we conducted a thorough review and analysis of each statement covering the period from the petition date in January 2025 through October 2025. Copies of the redacted bank statements (redacted as to payments and expenses not related to the Debtor) are annexed hereto as Exhibit "A".

It is important to note that throughout the case, the principal repeatedly reported that only one tenant was paying rent and that the other two were delinquent. Once it became clear that this representation was inaccurate, and given the resulting loss of trust, we promptly dispatched our asset manager, Brian Dulitz, to assume direct management of the property. Understanding the severity of the situation, the principal has cooperated fully with this transition.

Please also note that the lease of the commercial tenant Pharmacy has been assigned. We only became aware of the assignment of said lease on October 24, 2025. At that time, I signed the attached assignment (Exhibit "B") and the November rent was paid to the Debtor.

As stated previously, since we were not aware that rent was being collected, the September and October rents were deposited into Grey's account but the November rent has been deposited into the Debtor's DIP account.

FIA
CAPITAL PARTNERS, LLC

Our analysis revealed that three (3) tenants made rent payments into the Grey account during this period:

- Pharmacy – total payments of $70,649.20
- Light Store – total payments of $18,889.03
- Table Settings – one payment of $2,500.00

The principal has since represented that these payments were for past-due rent obligations arising prior to the bankruptcy filing and therefore, in his view, albeit a grossly erroneous one, need not have been deposited into the Debtor's account.

All payments from the Light Store were made via Zelle (which, notably, cannot be received by the DIP account). Of the ten (10) Pharmacy payments, eight (8) were made by wire transfer to the Grey account, while the remaining two (2) were recent payments by check inadvertently deposited there by the Debtor's secretary, who followed the prior payment pattern.

We had previously refrained from taking the step of bringing on our property manager due to the relatively modest cash flow of the property and our desire to avoid burdening the estate with a management fee. However, in light of recent developments, we have determined that such an expense is both reasonable and necessary to preserve estate assets.

We have demanded that all improperly deposited funds be promptly wired into the Debtor's DIP account and expect them to be wired no later than Monday. Brian has already connected with each of the tenants and been instructed to personally collect and track all rent payments going forward, effective immediately. We will confirm whether those funds have been received by EOB on November 12, 2025, as the prior day is a banking holiday.

Please let us know if you require further detail.

Very truly yours,

David S. Goldwasser
Chief Restructuring Officer

# EXHIBIT B

DIME

898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

**Statement Ending 01/31/2025**

GREY OAK HOLDINGS LLC



Account Number: [redacted]

GREY OAK HOLDINGS LLC
5409 18TH AVE
BROOKLYN NY 11204-1928

## Managing Your Accounts

| | |
|---|---|
| Branch Name | BENSONHURST |
| Branch Number | 800-321-DIME (3463) |
| Mailing Address | 1545 86TH STREET<br>BROOKLYN, NY 11228 |
| Website | www.dime.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| [redacted] | | [redacted] |

## Business Advantage Checking - [redacted]

**Account Summary**

| Date | Description | Amount |
|---|---|---|
| [redacted] | | |

**Electronic Credits**

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| 01/08/2025 | Zelle From THE LIGHTHOUSE LED STORE INC. +1-800-321-3463 | $500.00 |
| 01/09/2025 | Zelle From THE LIGHTHOUSE LED STORE INC. +1-800-321-3463 | $502.00 |
| [redacted] | [redacted] | [redacted] |
| 01/23/2025 | Zelle From THE LIGHTHOUSE LED STORE INC. +1-800-321-3463 | $1,000.00 |
| [redacted] | [redacted] | [redacted] |

[redacted]

| [redacted] | [redacted] | [redacted] |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

DIME

898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

## Statement Ending 02/28/2025

GREY OAK HOLDINGS LLC

Account Number: [redacted]

### Managing Your Accounts

| | |
|---|---|
| Branch Name | BENSONHURST |
| Branch Number | 800-321-DIME (3463) |
| Mailing Address | 1545 86TH STREET<br>BROOKLYN, NY 11228 |
| Website | www.dime.com |

GREY OAK HOLDINGS LLC
5409 18TH AVE
BROOKLYN NY 11204-1928

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| [redacted] | | [redacted] |

## Business Advantage Checking - [redacted]

### Account Summary

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| 02/06/2025 | Zelle From THE LIGHTHOUSE LED STORE INC. +1-800-321-3463 | $450.00 |
| 02/10/2025 | Zelle From TABLE SETTINGS CORP. +1-800-321-3463 | $2,500.00 |
| [redacted] | [redacted] | [redacted] |

[redacted]

DIME

898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

# Statement Ending 03/31/2025

GREY OAK HOLDINGS LLC



Account Number: [redacted]

## Managing Your Accounts

| | |
|---|---|
| Branch Name | BENSONHURST |
| Branch Number | 800-321-DIME (3463) |
| Mailing Address | 1545 86TH STREET<br>BROOKLYN, NY 11228 |
| Website | www.dime.com |

GREY OAK HOLDINGS LLC
5409 18TH AVE
BROOKLYN NY 11204-1928

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| [redacted] | | [redacted] |

## Business Advantage Checking - [redacted]

### Account Summary

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

### Deposits

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| 03/11/2025 | Zelle From THE LIGHTHOUSE LED STORE INC. +1-800-321-3463 | $1,800.00 |
| [redacted] | [redacted] | [redacted] |
| 03/18/2025 | Zelle From THE LIGHTHOUSE LED STORE INC. +1-800-321-3463 | $1,350.00 |
| [redacted] | [redacted] | [redacted] |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| 03/18/2025 | Wire Transfer 84372332 PHARMAHOUSERX LLC | $7,064.90 |

DIME

898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

## Statement Ending 04/30/2025

GREY OAK HOLDINGS LLC



Account Number: [redacted]

### Managing Your Accounts

| | |
|---|---|
| Branch Name | BENSONHURST |
| Branch Number | 800-321-DIME (3463) |
| Mailing Address | 1545 86TH STREET<br>BROOKLYN, NY 11228 |
| Website | www.dime.com |

GREY OAK HOLDINGS LLC
5409 18TH AVE
BROOKLYN NY 11204-1928

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| [redacted] | | [redacted] |

## Business Advantage Checking - [redacted]

### Account Summary

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| 04/16/2025 | Zelle From THE LIGHTHOUSE LED STORE INC. +1-800-321-3463 | $500.00 |
| [redacted] | [redacted] | [redacted] |
| 04/24/2025 | Zelle From THE LIGHTHOUSE LED STORE INC. +1-800-321-3463 | $650.00 |
| [redacted] | [redacted] | [redacted] |
| 04/25/2025 | Zelle From THE LIGHTHOUSE LED STORE INC. +1-800-321-3463 | $300.00 |
| [redacted] | [redacted] | [redacted] |
| 04/29/2025 | Zelle From THE LIGHTHOUSE LED STORE INC. +1-800-321-3463 | $300.00 |
| 04/30/2025 | Zelle From THE LIGHTHOUSE LED STORE INC. +1-800-321-3463 | $200.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| 04/15/2025 | Wire Transfer 85246537 PHARMAHOUSERX LLC | $7,064.90 |

DIME
898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

**Statement Ending 05/30/2025**

*GREY OAK HOLDINGS LLC* 

*Account Number:* [redacted]

GREY OAK HOLDINGS LLC
5409 18TH AVE
BROOKLYN NY 11204-1928

## Managing Your Accounts

| | |
|---|---|
| Branch Name | BENSONHURST |
| Branch Number | 800-321-DIME (3463) |
| Mailing Address | 1545 86TH STREET<br>BROOKLYN, NY 11228 |
| Website | www.dime.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| [redacted] | | [redacted] |

## Business Advantage Checking - [redacted]

**Account Summary**

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

**Electronic Credits**

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| 05/05/2025 | Zelle From THE LIGHTHOUSE LED STORE INC. +1-800-321-3463 | $600.00 |
| [redacted] | [redacted] | [redacted] |

DIME

898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

**Statement Ending 05/30/2025**

*GREY OAK HOLDINGS LLC*



*Account Number:* [redacted]

## Business Advantage Checking - [redacted] (continued)

### Electronic Credits (continued)

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| 05/12/2025 | Zelle From THE LIGHTHOUSE LED STORE INC. +1-800-321-3463 | $537.00 |
| [redacted] | [redacted] | [redacted] |
| 05/19/2025 | Zelle From THE LIGHTHOUSE LED STORE INC. +1-800-321-3463 | $250.01 |
| [redacted] | [redacted] | [redacted] |
| 05/22/2025 | Zelle From THE LIGHTHOUSE LED STORE INC. +1-800-321-3463 | $1,000.00 |
| [redacted] | [redacted] | [redacted] |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| 05/15/2025 | Wire Transfer 86171768 PHARMAHOUSERX LLC | $7,064.90 |
| [redacted] | [redacted] | [redacted] |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

DIME

898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

## Statement Ending 06/30/2025

GREY OAK HOLDINGS LLC 

Account Number: [redacted]

GREY OAK HOLDINGS LLC
5409 18TH AVE
BROOKLYN NY 11204-1928

### Managing Your Accounts

| | |
|---|---|
| Branch Name | BENSONHURST |
| Branch Number | 800-321-DIME (3463) |
| Mailing Address | 1545 86TH STREET<br>BROOKLYN, NY 11228 |
| Website | www.dime.com |

## Summary of Accounts

NOTICE: On July 1, 2025, we are increasing the amount of funds that will be available when a check deposit is put on hold.

*For certain check deposits into new accounts, the first $6,725 (previously $5,525) of a day's total deposit will be available the next business day.*

In addition, we may place a longer hold when you deposit checks totaling more than $6,725 (previously $5,525) on any one day.

For additional information regarding the availability of funds after a check deposit, please contact Dime Community Bank at 1.800.321.3463 (DIME).

Don't be a victim of check fraud or scams! Visit https://www.dime.com/security/check-scams to learn more.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

## Business Advantage Checking - [redacted]

### Account Summary

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

DIME
898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

**Statement Ending 06/30/2025**

*GREY OAK HOLDINGS LLC*



*Account Number:* [redacted]

## Business Advantage Checking - [redacted] (continued)

### Electronic Credits (continued)

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| 06/23/2025 | Zelle From THE LIGHTHOUSE LED STORE INC. +1-800-321-3463 | $150.00 |
| [redacted] | [redacted] | [redacted] |
| 06/27/2025 | Zelle From THE LIGHTHOUSE LED STORE INC. +1-800-321-3463 | $500.00 |
| 06/30/2025 | Zelle From THE LIGHTHOUSE LED STORE INC. +1-800-321-3463 | $500.02 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| 06/17/2025 | Wire Transfer 87178601 PHARMAHOUSERX LLC | $7,064.90 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

DIME

898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

## Statement Ending 07/31/2025

*GREY OAK HOLDINGS LLC* 

**Account Number:** [redacted]

### Managing Your Accounts

| | |
|---|---|
| Branch Name | BENSONHURST |
| Branch Number | 800-321-DIME (3463) |
| Mailing Address | 1545 86TH STREET<br>BROOKLYN, NY 11228 |
| Website | www.dime.com |

GREY OAK HOLDINGS LLC
5409 18TH AVE
BROOKLYN NY 11204-1928

## Summary of Accounts

NOTICE: On July 1, 2025, we are increasing the amount of funds that will be available when a check deposit is put on hold.

*For certain check deposits into new accounts, the first $6,725 (previously $5,525) of a day's total deposit will be available the next business day.*

In addition, we may place a longer hold when you deposit checks totaling more than $6,725 (previously $5,525) on any one day.

For additional information regarding the availability of funds after a check deposit, please contact Dime Community Bank at 1.800.321.3463 (DIME).

Don't be a victim of check fraud or scams! Visit https://www.dime.com/security/check-scams to learn more.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

## Business Advantage Checking - [redacted]

**Account Summary**

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| | [redacted] | [redacted] |
| | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

**Electronic Credits**

| Date | Description | Amount |
|---|---|---|
| 07/01/2025 | Zelle From THE LIGHTHOUSE LED STORE INC. +1-800-321-3463 | $500.00 |
| [redacted] | [redacted] | [redacted] |

DIME
898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

**Statement Ending 07/31/2025**

*GREY OAK HOLDINGS LLC* 

*Account Number:* [redacted]

## Business Advantage Checking - [redacted] (continued)

### Electronic Credits (continued)

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| 07/09/2025 | Zelle From THE LIGHTHOUSE LED STORE INC. +1-800-321-3463 | $800.00 |
| [redacted] | [redacted] | [redacted] |
| 07/16/2025 | Zelle From THE LIGHTHOUSE LED STORE INC. +1-800-321-3463 | $150.00 |
| [redacted] | [redacted] | [redacted] |
| 07/21/2025 | Zelle From THE LIGHTHOUSE LED STORE INC. +1-800-321-3463 | $500.00 |
| [redacted] | [redacted] | [redacted] |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| 07/14/2025 | Wire Transfer 88002987 PHARMAHOUSERX LLC | $7,064.90 |
| [redacted] | [redacted] | [redacted] |
| 07/28/2025 | Wire Transfer 88427951 PHARMAHOUSERX LLC | $7,064.90 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

DIME

898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

## Statement Ending 08/29/2025

GREY OAK HOLDINGS LLC



Account Number: [redacted]

### Managing Your Accounts

| | |
|---|---|
| Branch Name | BENSONHURST |
| Branch Number | 800-321-DIME (3463) |
| Mailing Address | 1545 86TH STREET<br>BROOKLYN, NY 11228 |
| Website | www.dime.com |

GREY OAK HOLDINGS LLC
5409 18TH AVE
BROOKLYN NY 11204-1928

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

## Business Advantage Checking - [redacted]

### Account Summary

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| 08/15/2025 | Zelle From THE LIGHTHOUSE LED STORE INC. +1-800-321-3463 | $1,000.00 |
| [redacted] | [redacted] | [redacted] |

[redacted]

| [redacted] | [redacted] | [redacted] |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| 08/11/2025 | Wire Transfer 88890720 PHARMAHOUSERX LLC | $7,064.90 |
| 08/14/2025 | Wire Transfer 89009072 PHARMAHOUSERX LLC | $7,064.90 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

DIME

898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

## Statement Ending 09/30/2025

GREY OAK HOLDINGS LLC



Account Number: [redacted]

### Managing Your Accounts

| | |
|---|---|
| Branch Name | BENSONHURST |
| Branch Number | 800-321-DIME (3463) |
| Mailing Address | 1545 86TH STREET<br>BROOKLYN, NY 11228 |
| Website | www.dime.com |

GREY OAK HOLDINGS LLC
5409 18TH AVE
BROOKLYN NY 11204-1928

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

## Business Advantage Checking - XXXXXX1612

### Account Summary

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| 09/04/2025 | Zelle From THE LIGHTHOUSE LED STORE INC. +1-800-321-3463 | $2,150.00 |
| [redacted] | [redacted] | [redacted] |

[redacted]

| [redacted] | [redacted] | [redacted] |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| 09/03/2025 | ATM Deposit | $7,065.00 |
| [redacted] | [redacted] | [redacted] |

DIME

898 Veterans Memorial Highway
Suite 560
Hauppauge, NY 11788

## Statement Ending 10/31/2025

GREY OAK HOLDINGS LLC



Account Number: [redacted]

### Managing Your Accounts

| | |
|---|---|
| Branch Name | BENSONHURST |
| Branch Number | 800-321-DIME (3463) |
| Mailing Address | 1545 86TH STREET<br>BROOKLYN, NY 11228 |
| Website | www.dime.com |

GREY OAK HOLDINGS LLC
5409 18TH AVE
BROOKLYN NY 11204-1928

### Summary of Accounts

Notice:

We have updated our Terms and Conditions. **Material changes include incorporating certain requirements for accounts opened in New Jersey, establishing the Uniform Commercial Code stop payment cutoff time (one hour after the opening of the next banking day after we receive the item) and clarifying the status of decoupled debit cards.** Existing accounts held by NJ residents opened in NY will continue as before, except in cases where NJ law specifically applies. For existing accounts, these changes are effective 12/26/2025. If you would like a copy, please see **dime.com/tcoct25**, call 800-321-DIME (3463) or ask your branch or private banker.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

## Business Advantage Checking - [redacted]

**Account Summary**

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

**Deposits**

| Date | Description | Amount |
|---|---|---|
| 10/03/2025 | DEPOSIT | $7,065.00 |

**Electronic Credits**

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

# EXHIBIT C

**From:** Gary Herbst
**Sent:** Friday, March 20, 2026 12:42 PM
**To:** Charles Wertman <charles@cwertmanlaw.com>
**Cc:** gremesser@aol.com; Melanie FitzGerald <MFitzgerald@lhmlawfirm.com>; Nina Proctor <NP@lhmlawfirm.com>
**Subject:** Beaux Equities

Charles, As we discussed your client needs to make immediate arrangements to return all of the monies he removed from the Debtor. Based upon the report of the CRO the following three sums were diverted by your client

• Pharmacy – total payments of $70,649.20 • Light Store – total payments of $18,889.03 • Table Settings – one payment of $2,500.00 which total $92,038.23. Your client returned $40,000 in November 2025 and thus $52,038.23 must be immediately returned to this estate. The Trustee, of course reserves all the estates rights and claims as to any other monies and assets on behalf of the estate. Please advise when the funds are being returned. Thank you Gary

---

**Gary F. Herbst, Esq., Member**

<image001.jpg>

3305 Jerusalem Avenue
Wantagh, New York 11793
Tele. (516) 826-6500, ext. 223 | Fx. (516) 826-0222
www.lhmlawfirm.com
This message originates from the law firm of LaMonica Herbst & Maniscalco, LLP. The message and any file transmitted with it contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. The information contained in this message and any file transmitted with it is transmitted in this form based upon a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to LaMonica Herbst & Maniscalco, LLP.

# EXHIBIT D

**From:** Charles Wertman <charles@cwertmanlaw.com>
**Date:** April 30, 2026 at 1:16:28 PM EDT
**To:** Gary Herbst <GFH@lhmlawfirm.com>
**Cc:** gremesser@aol.com, Melanie FitzGerald <MFitzgerald@lhmlawfirm.com>, Nina Proctor <NP@lhmlawfirm.com>
**Subject: Re: Beaux Equities**

**EXTERNAL EMAIL – USE CAUTION**

Noted. I will forward this to my client. As always, thank you for the courtesies extended.

Law Offices of Charles Wertman P.C.
100 Merrick Road, Suite #304W
Rockville Centre, New York 11570
office: (516) 284-0900
cell: (516) 359-1334
charles@cwertmanlaw.com

CONFIDENTIAL COMMUNICATION
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.

On Apr 30, 2026, at 1:13 PM, Gary Herbst <gfh@lhmlawfirm.com> wrote:

Charles, We sent the below email to you on March 30, 2026. Since that time we receive no monies. $52,038.23 must be immediately returned to this estate and no later than Tuesday May 5, 2026. If payment is not made by then we will proceed to the Court. Gary

---

**Gary F. Herbst, Esq., Member**

LAMONICA
HERBST &
MANISCALCO LLP

3305 Jerusalem Avenue
Wantagh, New York 11793
Tele. (516) 826-6500, ext. 223 | Fx. (516) 826-0222
www.lhmlawfirm.com